DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, DC Bar #446153
Assistant Federal Defender
Designated Counsel for Service
MATTHEW BIBB
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSEPH WOODS




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 07-cr-129 DAD |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM; ORDER; |
| v. | ) | WRIT OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| JOSEPH WOODS, | ) | |
| | ) | |
| Defendant. | ) | Date:      September 18, 2007 |
| | ) | Time:      10:00am |
| _____ | ) | Judge:     Hon. Dale A. Drozd |



Comes now JOSEPH WOODS, defendant, by his attorney, Assistant Federal

Defender Lexi Negin, who represents and shows:

    That there is now detained in the Shasta County Main Jail, 1525

Court Street, Redding, California, in the custody of the Sheriff

thereof, the defendant in the above-entitled case, whose case will be

called for a Judgment and Sentencing Hearing on the 18th day of

September, 2007, at 10:00 a.m., and that it is necessary to have the

1   defendant present in the Courtroom of the Honorable Dale A. Drozd,

2   United States Magistrate Judge of the United States District Court,

3   U.S. Courthouse, 501 I Street, Sacramento, California; and in order to

4   secure the presence of the defendant it is necessary that a Writ of

5   Habeas Corpus ad Prosequendum be issued commanding the United States

6   Marshal's Service, or the Shasta County Sheriff, to produce the

7   defendant in court on said date, and at such other dates as may be

8   necessary in order to procure defendant's presence for other

9   proceedings incident thereto.

10      WHEREFORE, petitioner prays for an order directing the issuance of

11  a Writ of Habeas Corpus ad Prosequendum out of and under the seal of

12  this Court, directed to the Sheriff of Shasta County, commanding him to

13  have and produce or cause to be produced the above-named defendant in

14  the United States District Court at said time, and then and there to

15  present the defendant before the Court and from day to day thereafter

16  as may be necessary, and at the termination of the proceedings against

17  the defendant to return defendant to the custody of the Sheriff of

18  Shasta County.

19  DATED: August 28, 2007

20                                      /s/ Lexi Negin
                                        LEXI NEGIN
21                                      Assistant Federal Defender
                                        Counsel for Joseph Woods
22  ///
    ///
    ///
23  ///
    ///
24  ///
    ///
25  ///
    ///
26  ///
    ///
27  ///
    ///
28  ///

1                           **O R D E R**

2        The application for a writ of habeas corpus ad prosequendum is

3   hereby GRANTED.  The clerk is directed to issue the attached writ and

4   deliver it to the U.S. Marshal for service.

5        **IT IS SO ORDERED.**

6   DATED: August 28, 2007.

7

8                           _____
                            DALE A. DROZD
9                           UNITED STATES MAGISTRATE JUDGE

10

11

12

13   Ddad1/orders.criminal/woods0129.writ

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                   FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6

7
UNITED STATES OF AMERICA,        )   NO. 07-cr-129 DAD
8                                )
               Plaintiff,        )
9                                )   WRIT OF HABEAS CORPUS AD
       v.                        )   PROSEQUENDUM
10                               )
JOSEPH WOODS,                    )
11                               )
               Defendant.        )
12                               )
_____ )
13

14
THE PRESIDENT OF THE UNITED STATES OF AMERICA
15

16
TO:  The Warden, Sheriff or Jailor of Shasta County Jail, 1525 Court
17       Street, Redding, California, and to any United States Marshal:

18
                    **G R E E T I N G S**
19

20
     WE COMMAND that you produce and deliver the person known as JOSEPH
21
WOODS, now in your custody, before the Honorable Dale A. Drozd, United
22
States Magistrate Judge, U.S. Courthouse, 501 I Street, 14th Floor,
23
Sacramento, California, on September 18, 2007, at the hour of 10:00
24
a.m., in order that said defendant in the above-entitled case may be
25
present during hearing of his case, and also at such other times and
26
for such other purposes as may be ordered by the said Court, and have
27
you then and there this Writ.
28

1    The delivery of the defendant to the custody of the United States

2  Marshal, or to the courtroom of the United States District Court, as

3  aforesaid, and then return by you of said defendant to your custody,

4  shall be deemed sufficient compliance with the Writ.

5    WITNESS the Honorable Dale A. Drozd, United States Magistrate

6  Judge of the United States District Court for the Eastern District of

7  California.

8  DATED: August _____, 2007.

9                                    CLERK, UNITED STATES DISTRICT COURT
                                     Eastern District of California
10

11

12                                   By:_____
                                              Deputy Clerk