```
DANIEL J. BRODERICK, #89424
Federal Defender
BEN GALLOWAY, Bar #14897
Staff Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSEPH WOODS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 07-129-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| JOSEPH WOODS, | Date: December 18, 2007 |
| Defendant. | Time: 10:00 a,m. |
| | Judge: Hon. Dale A. Drozd |

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, JOSEPH WOODS by and through his counsel BEN GALLOWAY, Assistant Federal Defender of the Federal Defenders Office, stipulate that the judgment and sentencing hearing set for December 4, 2007 at 10:00 a.m. be continued to December 18, 2007 at 10:00 a.m.

/ / /

/ / /

/ / /

This continuance is requested because the defendant is currently is incarcerated in jail and will not be released until after December 6, 2007.

Dated:  November 16, 2007

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Ben Galloway
                                         _____
                                         BEN GALLOWAY
                                         Staff Attorney
                                         Attorney for Defendant
                                         JOSEPH WOODS

Dated:  November 16, 2007              MCGREGOR W. SCOTT
                                         United States Attorney


                                         /s/ Matthew Stegman
                                         _____
                                         MATTHEW STEGMAN
                                         Assistant U.S. Attorney

O R D E R

FOR GOOD CAUSE SHOWING, the hearing for judgment and sentencing shall be set on **December 18, 2007 at 10:00 a.m.**

IT IS SO ORDERED.

DATED: November 19, 2007.

                                         _____
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/wood0129.stipord